## SMITH v. THE STATE.

LUMPKIN, P. J. There was amply sufficient evidence to sustain the verdict, and it does not appear that any error at the trial was committed.

*Judgment affirmed. All the Justices concurring.*

Submitted April 15, — Decided April 24, 1901.

Conviction of manslaughter. Before Judge Littlejohn. Webster superior court. February 16, 1901.

*S. R. Stevens* and *J. B. Hudson,* for plaintiff in error.
*Frank A. Hooper, solicitor-general,* contra.